

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Christopher L. Donati**
(212) 603-6422 tel
(212) 379-5212 fax

chrisdonati@dwt.com

June 23, 2021

**MEMO ENDORSED**

<u>**By ECF**</u>

The Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 23A
New York, NY 10007

Re:     *Quezada v. NYP Holdings, Inc.*, Case No. 1:21-cv-01407-SHS

Dear Judge Stein:

This firm is counsel to defendant NYP Holdings, Inc. in the above-referenced action. We write, jointly on behalf of both parties, to inform the Court that the parties have reached a contemplated settlement in principle.

The parties respectfully request a stay of proceedings, for the Court to cancel all dates *sine die*, and to afford the parties a brief opportunity to memorialize their settlement in writing before final dismissal of this action.

We are grateful for the Court's attention to this matter.

Respectfully submitted,

Davis Wright Tremaine LLP

Christopher L. Donati

cc:     Mars Khaimov, Esq.

**The June 25 conference is adjourned to July 23, 2021. If a stipulation of dismissal is filed before July 23, the conference will be cancelled.**

**Dated:  New York, New York**
**June 24, 2021**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.

4825-8790-7056v.1 3930033-000176

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com