UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOSE QUEZADA, on behalf of himself and all  :  21-Cv-1407 (SHS)
others similarly situated,
                                             :
               Plaintiffs
       -v-                                   :  ORDER

NYP HOLDINGS, INC.,                          :

               Defendant.                    :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   Plaintiff having filed a notice of voluntary dismissal without prejudice [Doc No. 15] on July 19, 2021, and the Clerk of Court having terminated this action,

   IT IS HEREBY ORDERED that the Clerk of Court is directed to change the caption in this matter as follows:

------------------------------------------------------------x

JOSE QUEZADA,                                :

               Plaintiff,                    :
       -v-
                                             :
NYP HOLDINGS, INC.,
                                             :
               Defendant.
------------------------------------------------------------x

Dated: New York, New York
       July 20, 2021

SO ORDERED

Sidney H. Stein, U.S.D.J.